```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :         19cr761-6 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
MICHAEL ROWE,                           :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The specifications of violation of supervised release in this case having been reassigned to this Court on August 2, 2023, it is hereby

ORDERED that the parties shall confer and advise this Court by August 9 whether a conference to address the specifications shall be necessary.

Dated:   New York, New York
         August 3, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge