UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        19cr761-6 (DLC)
                                        :
        -v-                             :            ORDER
                                        :
MICHAEL ROWE,                           :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     This case having been reassigned to this Court for all

purposes on August 2, 2023, it is hereby

     ORDERED that the parties shall confer and advise this Court

by October 11 why the underlying judgment of conviction,

corresponding minute entries, and the violation judgment of

conviction should not be filed on the public docket.

Dated:    New York, New York
          October 6, 2023

                              _____
                                       DENISE COTE
                              United States District Judge